MELVIN H. BROWNOLD, Respondent, v. MEYER STERN and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements,

with leave to the defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.